IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FREDDY NAVARRO,

    Petitioner,

v.                                                       CASE NO. 4:16-cv-2-RH-GRJ

IMMIGRATION AND
CUSTOMS ENFORCEMENT,

    Respondent.

_____/

## **REPORT AND RECOMMENDATION**

Petitioner, a Cuban national and former inmate in the custody of the Department of Corrections, filed this case pursuant to 28 U.S.C. § 2241 challenging an ICE immigration detainer. ECF No. 1. A review of the DOC's online inmate locator reflects that Petitioner was released from DOC custody on November 30, 2016, and that the ICE detainer was canceled on that date.[1] Petitioner has failed to file a notice of change of address with the Court, and it appears that the Petition is moot due to the cancellation of the detainer. The Court ordered Petitioner to show cause on or before March 23, 2017, as to why this case should not be dismissed for failure to prosecute and as moot. ECF No. 12. That order was returned as undeliverable/unable to forward. ECF No. 13.

---

[1] http://www.dc.state.fl.us/offenderSearch/detail.aspx?Page=Detail&DCNumber=Y21871&TypeSearch=IR (last accessed 3/9/17).

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** for failure to prosecute and as moot.

**DONE AND ORDERED** this 23rd day of March 2017.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge